# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| NANCY McCRACKEN GALLOWAY, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 1:14-cv-00093-MR |
| vs. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant(s). | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2014 Order.

September 12, 2014

Frank G. Johns, Clerk
United States District Court